# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOB J. SETTLE,** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 04-2129–CM |
| **WAYNE NORTH, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

On August 17, 2006, this court transferred this case to the United States District for the Southern District of California. Two weeks later, plaintiff filed three motions: (1) Motion to Stay Order on Motion for Contempt (Doc. 152); (2) Motion to Set Aside or Stay Order Dismissing Case (Doc. 153); and (3) Motion to Stay, Set Aside, and Modify Order (Doc. 154). Because this court now lacks jurisdiction to hear these motions, they are denied. *See Am. Heart Disease Prevention Found., Inc. v. Hughey*, 905 F. Supp. 893, 898 (D. Kan. 1995) ("Because the case has been transferred to another district, this court is without jurisdiction to consider the plaintiff's motion.") (citation omitted).

**IT IS THEREFORE ORDERED** that plaintiff's motions (Docs. 152–54) are denied for lack of jurisdiction.

Dated this 12th day of October, at Kansas City, Kansas.

s/ Carlos Murguia
CARLOS MURGUIA
United States District Judge